## ** CIVIL MOTION MINUTES **

Date: 1/18/2011                        Judge: Trenga
                                                                               Reporter: A. Thomson

Time: 2:00 p.m. - 2:20 p.m.

Civil Action Number: 1:11cv00050

Gulet Mohamed   vs.  Eric H. Holder, Jr., et al.,

Appearances of Counsel for        ( ✘ ) Pltf            ( ✘ ) Deft

| **Counsel for the Plaintiff** | **Counsel for the Defendant** |
|---|---|
| Nadhira Bint Faisal Al-Khalili | Joseph Sher |
| Gadeir Abbas (Pro Hac pending) | Diane Kelleher |
| | Amy Powell |

Motion to/for:
[3] Emergency Motion for Temporary Restraining Order and Preliminary Injunction by Gulet Mohamed

Argued &
(  ) Granted   (  ) Denied (  ) Granted in part/Denied in part
(  ) Taken Under Advisement ( ✘ ) Continued to

■       Hearing **CONTINUED** to: Thursday, **01/20/2011 @ 2:00 p.m.** *(Pltf to be prepared to proceed w/ presenting an adequate record and Gov't to tell the Court if arrangements have been made for Mohamed to return to the US)*

(  ) Report and Recommendation to Follow
(  ) Order to Follow