# Affidavit of Liban Mohamed

1. My name is Liban Mohamed and I am 25 years old. I am Gulet Mohamed's older brother. I am a resident of Fairfax County in Alexandria, Virginia.

2. Gulet Mohamed is a 19 year old American citizen. He celebrated his most recent birthday on January first while in captivity waiting to be sent back to the United States.

3. On Monday, December 20th, 2010, Gulet sent me a message via email. He told me that he was at an airport in Kuwait City waiting for his visa renewal to be processed. Gulet told me that it was taking much longer than it had on prior occasions and that he had been waiting for more than four hours.

4. The message I received on December 20, 2010 from Gulet was the last I hear from him for more than a week.

5. On December 22, 2010, I grew concerned about Gulet, because I had not heard from him nor had any other member of my family. I called the American Services Unit of the U.S. Embassy in Kuwait at 703-286-7736 to report that Gulet had gone missing. I also sent an e-mail and followed up that email with an additional phone call.

6. On December 23, 2010, I spoke with my uncle who lives in Kuwait. He told me that he had went to speak with law enforcement officials at the airport and that those officials told my uncle that they knew where Gulet was. My uncle told me that the law enforcement officials indicated that Gulet would return when they were "done with him."

7. On December 23, 2010, I spoke with someone at the embassy about Gulet's situation. I told them that he had disappeared and that law enforcement officials at the airport knew where he was. I was told that they would look into it and that someone from the embassy would call if they learned of anything about Gulet.

8. Since December 23, 2010, I have sent countless emails and made numerous phone calls to the embassy. No one from the Embassy has returned my calls or e-mails.

9. On December 28, 2010, around 7:00 A.M., Gulet called my cell phone. He said he was at a deportation facility in Kuwait and that he was using a phone that a fellow prisoner covertly maintained. Gulet told me that during the week that he was missing that he was interrogated and tortured by two individuals. He was blinded folded and beaten in an isolated cell for days. Gulet told me that his interrogators threatened his life, told him to forgot about his family, and at one point, his interrogators threatened to run an electric current through his genitals.

10. On or about December 28, 2010, Gulet told me in a phone conversation that a consulate official had come to see him. Gulet said that the official indicated that Gulet would be leaving for the United States in the next 72 hours.

11. On or about January 4, 2011, Gulet told me in a phone conversation that two FBI agents came to see him at the deportation facility. Gulet said that the FBI agents kept on asking him questions even after he had asked for the interrogation to end due to his attorney not being present. At one point, Gulet told me, one of the agents stood up and starting screaming at Gulet and physically intimidated him. Gulet said the interrogation ended when Kuwaiti officials intervened, told the FBI agents to calm down, and asked for the interrogation to end.

12. On January 15, 2011, Gulet told me in a phone conversation that Kuwaiti officials would be putting Gulet onto a direct flight to the United States the next day. Gulet said that our brother and uncle in Kuwait would be purchasing a ticket for him to leave on January 16, 2011.

13. On January 16, 2011, I spoke with my brother, Mohad Mohamed. He told me that he had gotten Gulet a ticket as instructed to by Kuwaiti officials. Mohad said that he and his uncle would go to deportation facility to say goodbye to Gulet, give him some books, and deliver the ticket to Kuwaiti officials.

14. On January 16, 2011, in a phone conversation, Mohad told me that when he went to see Gulet and deliver the ticket, Kuwaiti officials told them that they will put him on a direct flight back to the United States later in the evening. Mohad said that the Kuwaiti officials told him to say bye to Gulet and expect to see him back in the United States. Later in the day, Mohad told me that Kuwaiti officials could not get Gulet onto an airplane and that Gulet returned to his cell in the deportation facility. The No Fly List prevented Gulet from flying to the United States.

15. On January 19, 2011, I burned onto a CD an interview a journalist had done with Gulet Mohamed. The voice on the recording that identifies himself as Gulet Mohamed is, in fact, the voice of my brother Gulet Mohamed.

I, Liban Mohamed, swear upon penalty of perjury, that the above is true and accurate to my knowledge and beliefs. In witness whereof he has hereto set his hand and seal.

_____
Liban Mohamed

County of Fairfax
Commonwealth of Virginia
The foregoing instrument was acknowledged
before me this 19th Day of January, 20 11
By Liban Mohamed
(Name of person seeking acknowledgment)

Notary Public
Commission Exp. 11/30/13   Commission Reg. # 7293165

