UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

GULET MOHAMED,                    )
                                        )
            Plaintiff,         )
                                        )
           v.                    )     No. 1:11-cv-50 (AJT/TRJ)
                                        )
ERIC H. HOLDER, JR., *et al.*,      )
                                        )
           Defendants.     )
_____)

## ORDER

This matter is before the Court on a motion to dismiss [Doc. No. 22] (the "Motion")

filed by defendants Eric H. Holder, Jr., Attorney General of the United States, Robert S.

Mueller, III, Director of the Federal Bureau of Investigation, and Timothy J. Healy, Director

of the Terrorist Screening Center (collectively, the "Official Capacity Defendants"). Upon

consideration of the Motion, the memoranda and exhibits in support thereof and in

opposition thereto, and the arguments of counsel at a hearing on July 29, 2011, and for the

reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the Motion be, and the same hereby is, GRANTED in part and

DENIED in part. Plaintiff's claims against the Official Capacity Defendants based solely

on plaintiff's alleged inclusion in the Terrorist Screening Database and the "No-Fly List" are

hereby DISMISSED. Those remaining portions of Counts I, II and V asserted against the

Official Capacity Defendants and defendant "Unknown TSC Agents" are hereby

TRANSFERRED to the United States Court of Appeals for the Fourth Circuit. The Motion

is otherwise DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record.

                                                 /s/
                            _____
                            Anthony J. Trenga
                            United States District Judge

Alexandria, Virginia
August 26, 2011