UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

GULET MOHAMED,

PLAINTIFF,

v.                                                          Case No. 1:11-CV-00050

ERIC H. HOLDER,  ET AL.,

DEFENDANTS.

## NOTICE OF HEARING

Pursuant to Local Civil Rule 7(E), plaintiff, Gulet Mohamed, hereby sets a hearing on his Motion to Compel for July 18, 2014.

Respectfully Submitted,

_/s/_____
Gadeir Abbas (VA Bar #81161)
THE COUNCIL ON AMERICAN-
ISLAMIC RELATIONS
453 New Jersey Avenue, SE
Washington, D.C. 20003
Telephone: (202) 742-6410
Fax: (202) 488-0833
Email: gabbas@cair.com
*licensed in VA; not in DC practice limited to
federal matters*

1

_/s/_____

Nina Kraut

(DC Bar #348185)

General Counsel

THE COUNCIL ON AMERICAN- ISLAMIC RELATIONS

453 New Jersey Avenue, SE

Washington, D.C. 20003

Telephone: (202) 640-4934

Fax: (202) 488-0833

Email: nkraut@cair.com

*Admitted pro hac vice*

_/s/_____

Munia Jabbar

(DC Bar #1008337)

Staff Attorney

THE COUNCIL ON AMERICAN- ISLAMIC RELATIONS

453 New Jersey Avenue, SE

Washington, D.C. 20003

Telephone: (202) 646-6033

Fax: (202) 488-0833

Email: mjabbar@cair.com

*Admitted pro hac vice*

*Attorneys for Plaintiff Gulet Mohamed*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April, 2014 I caused the above-noted Notice of Oral

Argument to be sent electronically to all counsel of record.


___/s/_____

Gadeir Abbas

(VA Bar #81161)