IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GULET MOHAMED, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:11-cv-50 (AJT/TRJ) |
| ) | |
| ERIC H. HOLDER, JR., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion to Compel Defendants to Answer his First Set of Interrogatories and First Set of Requests for Production of Documents [Doc. No. 91] and Defendants' Motion to Dismiss Plaintiff's Complaint as a Result of the Assertion of the State Secrets Privilege [Doc. No. 104] ("the Motions"), upon which the Court held a hearing on July 18, 2014. For the reasons discussed in open court, it is hereby

ORDERED that the Motions are taken under advisement, with the parties to submit, within two weeks of the date of this Order, a status report identifying any issues they have resolved regarding the Motion to Compel and any remaining issues to be decided.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
July 18, 2014