UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

GULET MOHAMED,

        Plaintiff,

v.    Case No. 1:11-CV-0050

ERIC H. HOLDER, JR., in his official capacity as
Attorney General of the United States, *et al.*,

        Defendants.

## ORDER

Having considered the parties' joint motion for an extension of time, it is hereby

ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that the parties submit summary judgment briefing on Plaintiff's procedural due process claim pursuant to the following schedule:

| | |
|---|---|
| December 8, 2014 | Motions for summary judgment |
| December 22, 2014 | Opposition briefs |
| January 9, 2015 | Reply briefs |

IT IS SO ORDERED.

Dated: Nov. 21, 2014

/s/ Anthony J. Trenga
ANTHONY J. TRENGA
U.S. DISTRICT JUDGE